CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 15 2022

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
SEPTEMBER 2022 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 4:22CR9 |
| ) | |
| v ) | **INDICTMENT** |
| ) | |
| ) | **In Violation of:** |
| ANTHONY EUGENE MOORE ) | |
| A/K/A FAT TONY ) | |
| ) | Title 21, U.S.C., §841 |
| | Title 18, U.S.C., §924(c) |
| | Title 18, U.S.C., §922(g)(1) |
| | Title 18, U.S.C., §924(e) |

## COUNT ONE

The Grand Jury charges:

1. That on or about May 9, 2022, in the Western Judicial District of Virginia, the defendant, ANTHONY EUGENE MOORE, did knowingly and intentionally distribute a measurable quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO

The Grand Jury further charges:

1. That on or about July 11, 2022, in the Western Judicial District of Virginia, the defendant, ANTHONY EUGENE MOORE, did knowingly and intentionally distribute a measurable quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

The Grand Jury further charges:

1. That on or about July 21, 2022, in the Western Judicial District of Virginia, the defendant, ANTHONY EUGENE MOORE, did knowingly and intentionally possess with the intent to distribute a measurable quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

The Grand Jury further charges:

1. That on or about July 21, 2022, in the Western Judicial District of Virginia, the Defendant, ANTHONY EUGENE MOORE, did knowingly and intentionally possess with the intent to distribute a measurable quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE

The Grand Jury further charges:

1. That on or about July 21, 2022, in the Western Judicial District of Virginia, the

defendant, ANTHONY EUGENE MOORE, knowingly possessed a firearm, to wit a Ruger model Security 9 9mm pistol in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, as set forth in Counts Three and Four of this Indictment.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIX

The Grand Jury further charges:

1. On or about July 21, 2022 in the Western Judicial District of Virginia, the defendant, ANTHONY EUGENE MOORE, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Ruger model Security 9 9mm pistol. Said firearm had previously been shipped and transported in interstate or foreign commerce.

2. That as of July 21, 2022, ANTHONY EUGENE MOORE had already three times previously been convicted of serious drug offenses based on conduct that occurred on occasions different from each other.

3. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C.

§ 924(d) and 28 U.S.C. § 2461(c).

b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

d. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

a. **Firearms**

   1) A Taurus model G3 9mm pistol, serial #ACB589660
   2) All ammunition, magazines, and accessories associated with this firearm
   3) A firearms magazine containing 19 rounds of .233 caliber ammunition

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 15th day of September, 2022.

/s/Foreperson
FOREPERSON

_____
for CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY